UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis Antonto LOZANO–PRADO,
Defendant–Appellant.

No. 03–10357.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Susan B. Cowger, US Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Luis Antonio Lozano–Prado, Texarkana, TX, pro se.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Luis Antonio Lozano–Prado has requested leave to withdraw as counsel and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief, record, and Lozano's response discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.